```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF MISSOURI
                           EASTERN DIVISION


IN RE:                            )    CASE NO: 06-40551-399
                                  )
DAVID SINGLETON                   )
                                  )    CHAPTER 13
NANCY ANN SINGLETON               )
                                  )
              DEBTOR(S)           )


              LIST OF UNCLAIMED FUNDS AND ENTITIES
                WHICH ARE ENTITLED TO PAYMENT

     COMES NOW JOHN V. LABARGE, JR., CHAPTER 13 TRUSTEE, AND PROVIDES
LIST FOR FILING PURSUANT TO BANKRUPTCY RULE 3011.  THE FOLLOWING IS A
LIST OF ALL KNOWN NAMES AND ADDRESSES OF THE ENTITIES AND THE AMOUNTS
WHICH  THEY  ARE  ENTITLED  TO BE PAID FROM REMAINING PROPERTY OF THE
ESTATE THAT IS PAID HEREWITH INTO COURT PURSUANT TO 11 U.S.C. SECTION
347(A):


FORD MOTOR CREDIT
PO BOX 219825                          $           114.55

KANSAS CITY MO
350287              64121-9825
```

|                          |                                          |
|--------------------------|------------------------------------------|
|                          | /s/ John V. LaBarge, Jr.                 |
|                          | ------------------------------------     |
| DATE: June 30, 2011      | JOHN V. LABARGE, JR.,                    |
|                          | CHAPTER 13 TRUSTEE                       |
|                          | P.O. Box 430908                          |
|                          | St. Louis, MO 63143                      |
| XC -091                  | (314) 781-8100   trust33@ch13stl.com     |